**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 27 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. _10-2223_ |
| | ) |
| vs. | ) Count 1: 18 U.S.C. § 2422(b): |
| | ) Coercion and Enticement of A Minor |
| KEVIN DWYER, | ) |
| | ) Count 2: 18 U.S.C. §§ 2251(a) and |
| Defendant. | ) 2256: Attempted Production of A |
| | ) Visual Depiction of A Minor Engaged |
| | ) in Sexually Explicit Conduct. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about June 22, 2010 to June 26, 2010, in Bernalillo, Curry Counties and elsewhere, in the District of New Mexico, the defendant, **KEVIN DWYER**, knowingly used a facility and means of interstate and foreign commerce, including Yahoo! online services, a computer and a telephone, to knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice and coerce, an individual he believed had not attained the age of 18 years, to engage in any sexual activity for which he could be charged with a criminal offense, that being Criminal Sexual Contact of A Minor in violation of N.M. Stat. Ann. § 30-9.13.

In violation of 18 U.S.C. § 2242(b).

## Count 2

On or about June 26, 2010, in Curry County, in the District of New Mexico, the defendant, **KEVIN DWYER**, did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction would have been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2251(a) and 2256.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense alleged in this Indictment, Defendant **KEVIN DWYER** shall forfeit to the United States pursuant to 18 U.S.C. §§ 2251(a) and 2253 a Panasonic Model DMC-TZ3 digital camera, serial number FH7SC15282R.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
07/21/10  11:09am